

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN
~~WILL WILSON~~
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-1099
Re: Is the $50.00 paid in by manufac-
turers of headlighting equipment
for each headlight device sub-
mitted appropriated for the use
of the University of Texas

Your request for the opinion of this department on the
question of whether or not the $50.00 paid in by manufacturers
of headlighting equipment for each headlight device submitted
for approval is appropriated for the use and benefit of the
University of Texas in testing the headlight equipment has
been received.

As you point out in your letter of July 8, this fund
came into existence under an act of the Legislature in 1925
and is codified in Vernon's Annotated Texas Statutes as legis-
lation under Article 6701, Section 5 reading as follows:

"Any person, firm or corporation may submit
to the State Highway Commission a lens, reflector
or headlight control device intended to make a
headlight comply with the provisions of this Act,
and make application that the same be tested as
to conformity with the requirements of this Act.
Upon such application being made, the State High-
way Commission shall, upon notice to the applicant,
submit such lens, reflector or headlight control
device to the testing agency as herein designated
with the request that such device be tested as to
conformity with the requirements of this Act. Each
such applicant shall, upon the filing of his appli-
cation, pay to the State Highway Commission a fee
of fifty dollars. All such fees shall be paid by
the State Highway Commission into the State Trea-
sury, and they shall be deposited in a fund to be
known as the Highway Light Test Fund, and the State
Treasurer shall keep such fund separate. The mon-
eys in such fund, or so much of them as may be
necessary, shall be used to meet the expense of

the tests as herein provided, and for such use
they are hereby appropriated, and the balance
thereof, if any, shall be paid into the State High-
way Fund.  Moneys in the Highway Light Test Fund
shall be spent under the direction of the State
Highway Commission, and may be spent only to de-
fray the expenses of testing by the testing agency
herein provided for."

This Section Constitutes a valid appropriation, but of course,
it was effective for two years only.  Constitution of Texas,
Art. VIII, Section 6.  Atkins vs. State Highway Department,
201 S.W. 226.

Your letter states that the question arises as to
whether the general appropriation appropriating money for the
Highway Department also makes a specific appropriation for the
use of this Highway Light Text Fund for the use of the Univer-
sity of Texas.  In an opinion dated May 3, 1938, to Hon.
Julian Montgomery, State Highway Department, Assistant Attor-
ney General W.B. Pope held that the duty of supervising and
approving lenses and reflectors under Article 6701 had been
transferred to the Department of Public Safety at the time that
department was created by act of the Legislature.  Upon inves-
tigation of the departmental appropriations made by the 45th
Legislature, we find that no specific appropriation appears
in any bill for the use of this Highway Light Test Fund.  It
is therefore the opinion of this department that the money
paid into this fund is not now appropriated for the use of
the University of Texas in testing the headlight equipment.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Ross Carlton
Ross Carlton
Assistant

RC:jm:wc

APPROVED JUL 26, 1939
s/W. F. Moore
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/TDR Chairman